THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISAIAH
    PERKINS, Appellant, *v.* ALFRED PELCHER, Respondent.

(Argued December 16, 1913; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered September 18, 1913, affirming a judgment in
favor of defendant entered upon a decision of the court at
a Trial Term without a jury in an action to determine in
whom rested title to the office of supervisor of the town
of Lake Pleasant.

*Clarence W. Smith* for appellant.

*Frank Talbot* and *Eugene D. Scribner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. WILLARD BARTLETT, J., votes to reverse and direct judgment for plaintiff on authority of *People ex rel. Fowler* v. *Bull* (46 N. Y. 57) and *People ex rel. Burger* v. *Blair* (21 App. Div. 213; affd., 154 N. Y. 734).